1  Susan St. Vincent
2  Acting Legal Officer
   NATIONAL PARK SERVICE
3  Legal Office
   P.O. Box 517
4  Yosemite, California  95389
   Telephone:  (209) 372-0241
5

6

7

8                     UNITED STATES DISTRICT COURT

9                     EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA, | No.  6:13-MJ-0021-MJS

12 |          Plaintiff,

13 |     v.                    | STIPULATION TO CONTINUE
                                 SENTENCING; AND ORDER THEREON
14 | JAIME MARTINEZ-MEDINA,

15 |          Defendant.

16

17      IT IS HEREBY STIPULATED by and between Susan St. Vincent, the acting legal

18 officer for the National Park Service, and Defendant Jaime Martinez-Medina, by and

19 through his attorney of record, Janet Bateman, that the Sentencing in the above-

20 captioned matter set for November 5, 2013 be continued to December 17, 2013 at 10:00

21 a.m.  The matter was referred to Federal Probation for a pre-sentence report, however,

22 the date requested by the parties for sentencing only allows eight weeks for Probation to

23 complete their requirements, a process which, per Probation, typically takes ten to

24 twelve weeks.

25 //

26 //

27 //

28 //

1

The parties request the continuance to allow Probation adequate time to complete a presentence report.

Dated: September 18, 2013   /S/ Susan St. Vincent
Susan St. Vincent
Acting Legal Officer
Yosemite National Park


Dated: September 18, 2013   /S/ Janet Batement
Janet Bateman
Attorney for Defendant
Jaime Martinez-Medina


**ORDER**

For good cause shown, the Court accepts and adopts the above Stipulation and ORDERS that the November 5, 2013, Sentencing for Jaime Martinez-Medina, case number 6:13-MJ-0021-MJS, is hereby continued to December 17, 2013 at 10:00 a.m.

IT IS SO ORDERED.

Dated: September 18, 2013   /s/ *Michael J. Seng*
UNITED STATES MAGISTRATE JUDGE